UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J&J SPORTS PRODUCTION, INC.,

    Plaintiff,

Case No. 17-cv-13550
Hon. Matthew F. Leitman

v.

PJETER JAKU, *et al.*,

    Defendants.

_____/

## ORDER REQUIRING DEFENDANT KUVENDI CAFE TO RETAIN COUNSEL

On October 31, 2017, Plaintiff J&J Sports Production, Inc. filed this action against Defendants Pjeter Jaku and Kuvendi Cafe (a limited liability company). (*See* Compl., ECF #1.) J&J alleges that Jaku is the owner and/or operator of Kuvendi Café and that the Defendants unlawfully broadcast a Floyd Mayweather, Jr. closed-circuit boxing match without paying J&J for the rights to do so. (*See id.* at ¶¶ 10, 12, Pg. ID 3-4.)

On December 7, 2017, Jaku, appearing *pro se*, filed an Answer to the Complaint that purported to be on behalf of both himself and Kuvendi Cafe. (*See* ECF #6.) However, while Jaku may represent himself, "[t]he law is well-settled that a corporation may appear in federal courts only through licensed counsel and not through *pro se* representation of an officer, agent, or shareholder." *National Labor Relations Board v. Consol. Food Servs., Inc.*, 81 Fed. App'x 13 n. 1 (6th Cir. 2003)

1

(citations omitted).; *Evans v. Olson Power Sports, Inc.,* 2009 WL 367690, at *1 (E.D. Mich. Feb. 11, 2009) ("It has been the law for the better part of two centuries ... that a corporation may appear in federal courts only through licensed counsel"). This same rule applies to limited liability companies. *See* I*n re: ICLNDS Notes Acquisition, LLC*, 259 B.R. 289, 294 (Bkrtcy. N.D. Ohio 2001)("[W]hether an LLC is viewed as a corporation or a partnership or a hybrid, it may only appear in court through an attorney"). Accordingly, because Jaku is not a lawyer, he may not appear or file an answer on behalf of Kuvendi Cafe. If Kuvendi Cafe wishes to defend itself against J&J's claims in this action, it must do so through retained, licensed counsel.

Therefore, for the reasons stated above, **IT IS HEREBY ORDERED** that within thirty days of this Order, Defendant Kuvendi Cafe shall retain counsel to represent it in this action. Counsel shall file an appearance with the Court within this thirty-day period and shall thereafter answer or otherwise respond to J&J's Complaint on Kuvendi Cafe's behalf within thirty days of filing an appearance. If counsel does not appear for Kuvendi Cafe as described in this Order, the Court may enter a default and/or default judgment against Kuvendi Cafe.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 15, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 15, 2017, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764